388 P.3d 906

**Ray A. TAGAMA, Claimant/Appellee,**

v.

**STATE of Hawai'i, University of Hawai'i, Employer/Appellant,**

and

**FIRMS CLAIMS SERVICES, Third-Party Administrator/Appellant**

**NO. CAAP-14-0001310**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 13, 2016.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD (CASE NO. AB 2012-338 (2-12-45174))

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 906

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Tevin Kekoa BADON-YUNG, Defendant-Appellant**

**NO. CAAP-15-0000662**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 13, 2016.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT (FC-CR NO. 14-1-0198)

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 906

**STATE of Hawai'i, Plaintiff-appellee,**

v.

**Ronald Dale CAWTHON, Defendant-appellant**

**NO. CAAP-16-0000081**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 13, 2016.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT, KONA DIVISION (CASE NO. 3DTC-15-043566)

SUMMARY DISPOSITION ORDER

Affirmed.